UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEVEN ARTS PICTURES, INC., ET AL.**              CIVIL ACTION

**VERSUS**                                                              NO.  09-4814 C/W 09-4815

**JONESFILM**                                                        SECTION "H" (3)

ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections filed by Seven Arts Pictures, Inc. [Doc 112] and Leeway Properties, Inc. [Doc 113], hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that the Motion for Contempt for Disobedience of Court Orders and to Compel Answers to Garnishment Interrogatories [Doc. #33] is GRANTED.

**IT IS FURTHER ORDERED**  that the Motion for Order Requiring Immediate Delivery by Garnishee Leeway Properties, Inc. and Judgment Debtor Peter Hoffman of Funds and Other Relief [Doc. #82] is GRANTED.

**IT IS FURTHER ORDERED** that judgment debtors Peter Hoffman, Seven Arts Pictures, Inc., Seven Arts Pictures PLC, Seven Art Entertainment Limited and Cinevisions and garnishees Seven

Arts Pictures Louisiana, LLC, Seven Arts Filmed Entertainment Louisiana, LLC, Seven Arts Pictures Louisiana (Equicap), LLC, Seven Arts Post LLC, Seven Arts Esplanade Development, LLC, Esplanade Pictures LLC, and Leeway Properties, Inc. be held liable, jointly and severally, for an award of $21,357.50 in attorneys' fees incurred by Jonesfilm to enforce the District Court's orders as outlined in the Report and Recommendation.

New Orleans, Louisiana, this 15th day November, 2011.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**